**Electronically Filed
Supreme Court
SCWC-22-0000370
07-JUL-2025
07:52 AM
Dkt. 9 ODAC**

SCWC-22-0000370

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MARISA MADISON, fka MARISA M. PROVOST,
Petitioner/Plaintiff-Appellant,

vs.

CHARLETON J. PROVOST,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000370; CASE NO. 2DV181000378)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Marisa Madison's Application for Writ of

Certiorari, filed on May 23, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 7, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

